UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

VINCENT E. HARRELL,

        Plaintiff,

v.                                                           Case No. 16-C-694

OFFICER ROWE, et al.

        Defendants.

## ORDER DENYING MOTION TO ACCESS RELEASE ACCOUNT

Plaintiff filed a motion asking that he be allowed to pay the remainder of the filing fee ($264.42) with funds in his release account rather than with funds in his regular prison account. The motion will be denied.

In some circumstances release accounts may be accessed to pay an *initial* partial filing fee, which is assessed upon the grant of an inmate's motion to proceed *in forma pauperis*. In fact, the Honorable Rudolph T. Randa, who was previously assigned to this case, allowed plaintiff to access his release account for that purpose on June 27, 2016. In that order, however, he also explained to plaintiff that, "given the purpose of the release account, the Court does not believe it is prudent to allow [plaintiff] to significantly deplete that account by paying the full filing fee using those funds." (ECF No. 8 at 2.)

This court has found no authority to access the release account outside of an initial partial filing fee, so it will not disturb Judge Randa's decision.

**SO ORDERED** this   11th   day of October, 2016.

                                                          /s William C. Griesbach
                                                          William C. Griesbach, Chief Judge
                                                          United States District Court